# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**WANDA FOWLER**                                                                 **PLAINTIFF**

**V.**                           **NO. 1:07-CV-00011-BSM**

**SHELTER MUTUAL INSURANCE COMPANY**
**and SOUTHERN FARM BUREAU CASUALTY**
**INSURANCE COMPANY**                                                     **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

On motion of the Plaintiff, the Plaintiff's Complaint in the above-styled cause is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

_____
Hon. Brian S. Miller
United States District Judge

Dated: June 24, 2008